The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAE Y. HONG, PLLC, and PUYALLUP ORAL AND MAXILLOFACIAL SURGERY, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSPORTATION INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:20-cv-05556 -BJR<br><br>**ORDER GRANTING STIPULATED MOTION** |

Having reviewed the parties' Stipulated Motion to Stay, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The deadline for Defendant to respond to the Complaint is vacated and stayed pending a ruling on Plaintiffs' forthcoming motion to consolidate under Fed. R. Civ. P. 42 and LCR 42.

3. Upon resolving Plaintiffs' Rule 42 motion, the Court will schedule a status conference to set case deadlines and discuss administration of this matter.

Dated this 23rd day of September, 2020.

_Barbara J. Rothstein_
Hon. Judge Barbara J. Rothstein