1

2

3

4

5

6

7

8

Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

9

10

11

12

13

14

15

16

JAE Y. HONG, PLLC, and PUYALLUP ORAL
AND MAXILLOFACIAL SURGERY, LLC,
individually and on behalf of all others similarly
situated,

                                        Plaintiff,

        v.

TRANSPORTATION INSURANCE
COMPANY,

                                        Defendant.

No. 3:20-cv-05556-BJR

NOTICE OF FILING OF PLAINTIFFS'
STATEMENT IN RESPONSE TO FIRST
SCHEDULING ORDER

17

18

19

20

21

22

23

        On November 4, 2020, Plaintiff Marler filed "Plaintiffs' Statement in Response to First

Scheduling Order" in *Wade K. Marler, DDS v. Aspen American Insurance Company*, Case No.

2:20-cv-00616-BJR.  Plaintiffs Marler filed the Statement in connection with the Court's

upcoming November 9, 2020 Case Management Conference, and in response to the Court's First

Scheduling Order entered in the above-referenced case on September 29, 2020.  A copy of the

Statement is attached hereto.

24

25

26

        Plaintiff Jae Y. Hong, PLLC, and Puyallup Oral and Maxillofacial Surgery, LLC join in

the Plaintiffs' Statement in Response to First Scheduling Order, submitted herewith.

NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN
RESPONSE TO FIRST SCHEDULING ORDER
 (3:20-cv-05556-BJR) - 1

1   DATED this 4th day of November, 2020.

2                               KELLER ROHRBACK L.L.P.

3

4                               By: *s/ Amy Williams-Derry*
5                               By: *s/ Lynn L. Sarko*
                                By: *s/ Gretchen Freeman Cappio*
6                               By: *s/ Ian S. Birk*
                                By: *s/ Irene M. Hecht*
7                               By: *s/Maureen Falecki*
                                By: *s/Nathan Nanfelt*
8                                   Amy Williams-Derry, WSBA #28711
9                                   Lynn Lincoln Sarko, WSBA #16569
                                    Gretchen Freeman Cappio, WSBA #29576
10                                  Ian S. Birk, WSBA #31431
                                    Irene M. Hecht, WSBA #11063
11                                  Maureen M. Falecki, WSBA #18569
                                    Nathan L. Nanfelt, WSBA 45273
12                                  1201 Third Avenue, Suite 3200
                                    Seattle, WA 98101
13                                  Telephone: (206) 623-1900
14                                  Fax: (206) 623-3384
                                    Email: awilliams-derry@kellerrohrback.com
15                                  Email: lsarko@kellerrohrback.com
                                    Email: gcappio@kellerrohrback.com
16                                  Email: ibirk@kellerrohrback.com
                                    Email: ihecht@kellerrohrback.com
17                                  Email: mfalecki@kellerrohrback.com
                                    Email: nnanfelt@kellerrohrback.com
18

19                              By: *s/ Alison Chase*
                                    Alison Chase, *pro hac vice forthcoming*
20                                  801 Garden Street, Suite 301
                                    Santa Barbara, CA 93101
21                                  Telephone: (805) 456-1496
                                    Fax: (805) 456-1497
22                                  Email: achase@kellerrohrback.com

23                                  ***Attorneys for Plaintiff and the Proposed***
                                    ***Classes***
24

25

26

NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN
RESPONSE TO FIRST SCHEDULING ORDER
 (3:20-cv-05556-BJR) - 2